**Opinion filed September 30, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00195-CV

_____

## A RED 2007 FORD F150 TEXAS LICENSE CVZ4082 VIN #1FTRX12W87FB53968, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 104th District Court
### Taylor County, Texas
### Trial Court Cause No. 25911-B

### M E M O R A N D U M   O P I N I O N

On August 17, 2015, Kelly P. Amos filed a notice of appeal in this cause from a judgment of forfeiture. Upon docketing this case, this court issued a letter in which we notified Amos that the appeal appeared to be moot because the trial court had granted Amos's motion for new trial on August 12, 2015. We requested that Amos file a response on or before September 4, 2015, and show grounds to

continue the appeal. We also informed Amos that this appeal would be subject to dismissal absent an appropriate response. *See* TEX. R. APP. P. 42.3. As of this date, Amos has not filed any response to our letter. Consequently, we dismiss the appeal pursuant to TEX. R. APP. P. 42.3(c).

This appeal is dismissed.

PER CURIAM

September 30, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.